1  Jonathan Allan Klein (SBN 162071)
   Thomas K. Hockel (SBN 172367)
2  KELLY HERLIHY & KLEIN, LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
   jaklein@kelher.com
5  thockel@kelher.com

6  Attorneys for Defendant Rite Aid Corporation

7  Paul B. Meadowbrook, P.C.
   Attorney at Law
8  Oregon Bar No. 79322
9  913 First Ave E.
   Albany, OR 97321
10 Tel.: (541) 791-4544
   Fax: (541) 791-4710
11 pbmlaw@pacifier.com
12 *Admitted Pro Hac Vice*

13 E. Craig Moody (SBN 48358)
   Moody & Hill
14 214 Grant Ave., 3rd Floor
15 San Francisco, CA 94108
   Tel.: (415)398-2797
16 Fax: (415)398-1285
   Ecmlaw@aol.com
17

18 Attorneys for Plaintiff, KATHLEEN M. HANSON

19
                    UNITED STATES DISTRICT COURT
20
                   NORTHERN DISTRICT OF CALIFORNIA
21
                        SAN FRANCISCO DIVISION
22
   KATHLEEN M. HANSON,              )   Case No.: C 07-00515 PJH
23                                  )
              Plaintiff,            )   **STIPLATION AND REQUEST FOR**
24                                  )   **ORDER REMOVING CASE FROM**
                                    )   **PURVIEW OF GNERAL RULE 56 (A.D.A.**
25       vs.                        )   **ACCESS); P~~ROPOSED~~ ORDER**
                                    )
26 RITE AID CORPORATION,            )
   a Delaware corporation,          )
27                                  )
              Defendant.            )
28

1. Plaintiff Kathleen M. Hanson ("Plaintiff") and defendant Rite Aid Corporation ("Defendant"), by and through their respective counsel, submit the following stipulation and request for an order removing this case from the purview of General Order 56.

**Recitals**

1. This action was transferred to this district from the District of Oregon on January 30, 2007. The Court issued its Scheduling Order on the same date.

2. On February 15, 2007, the Court issued an Amended Scheduling Order placing this case within the purview of General Order No. 56, which governs cases asserting denial of a right of access protected by the Americans with Disabilities Act ("the ADA").

3. This is a wrongful termination case. There is a claim concerning violation of ADA, but not one concerning the right of access under the ADA. As such, the parties agree that this case should be removed from the purview of General Order No. 56 and returned to the Court's regular case management calendar.

**Stipulation**

WHEREFORE, the parties hereby stipulate and request the following:

1. That this action does not involve a right of access under the ADA and should not be within the purview of General Order No. 56;

2. That this action be removed from the purview of General Order No. 56 and returned to the Court's regular case management calendar.

**IT IS SO STIPULATED.**

Dated: May 2, 2007     KELLY, HERLIHY & KLEIN LLP

By _____
Thomas K. Hockel
Attorneys for Defendant
RITE AID CORPORATION

Dated: May 2, 2007     PAUL B. MEADOWBROOK, P.C.

By _____
Paul B. Meadowbrook
Attorneys for Plaintiff Kathleen M. Hanson

-1-
STIPULATION AND REQUEST FOR ORDER REMOVING CASE
FROM PURVIEW OF GENERAL RULE 56 (A.D.A. ACCESS)

C 07-00515 PJH

## ORDER

Having considered the parties' stipulation, and good cause appearing, the Court orders as follows:

1. This action shall be removed from the purview of General Order No. 56 and the parties are hereby relieved of the obligations of said order;

2. This action shall be returned to the Court's regular case management schedule, with a further case management order to follow.

**IT IS SO ORDERED.**

Dated: 5/8/07

