1  Paul B. Meadowbrook, P.C.
   913 First Avenue E.
2  Albany, OR 97321
   Tel (541) 791-4544
3  Fax (541) 791-4710
   pbmlaw@pacifier.com
4  Oregon State Bar No. 79322
   Attorney for Plaintiff *Pro hac vice*
5

6  E. Craig Moody
   Moody & Hill
7  3rd Floor, 214 Grant Avenue
   San Francisco, California 94108
8  Tel. (415) 398-2797
   Fax (415) 398-1285
9  ecmlaw@aol.com
   California State Bar No. 48358
10 Attorney for Plaintiff

11

12              UNITED STATES DISTRICT COURT

13           FOR THE NORTHER DISTRICT OF CALIFORNIA

14 KATHLEEN M. HANSON,              )
                                    )
15          Plaintiff,               )   Case No. C07-0515PJH
                                    )
16     v.                            )
                                    )   CERTIFICATE OF SERVICE OF
17 RITE AID CORPORATION, a Delaware )   JOINT CASE MANAGEMENT
   corporation,                     )   STATEMENT ORDER
18                                  )
                                    )
19          Defendant.               )

20     I certify that on May 21, 2007 I served a true copy of the court's Joint Case

21 Management Statement and Appearance at Case Management Conference on:

22 Jonathan Allan Klein
   Thomas Hockel
23 Kelly, Herlihy & Klein LLP
   44 Montgomery Street, Suite 2500
24 San Francisco, California 94104
       Of attorneys for defendant
25
   [ ]    by mailing a true copy thereof to said person(s), in a sealed envelope with
26        postage prepaid, directed to the address(es) for said person(s) as stated
          above, and deposited in a US Postal Service Mail Box in Albany, Oregon, on
27        said day.

28 [ x ]  by faxing a true copy thereof to said person(s), directed to the fax

Page 1                            *PLAINTIFF'S CERTIFICATE OF SERVICE*
                       Hanson v. Rite Aid Corp. – Case No. C07-0515 PJH

1  number(s) for said person(s), whose facsimile machine was operational, on said day.

2

[ ]  by messenger/hand delivering a true copy thereof to said party(s), in a sealed envelope, at the address(es) for said person(s) as stated above, on said day.

3

4

[ x ]  by emailing a true copy thereof in WordPerfect to said person(s), directed to the published email address for said person(s) on said day.

5

6

*Paul B. Meadowbrook*
7  Paul B. Meadowbrook - OSB 79322
Attorney for Plaintiff *Pro Hac Vice*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 2                                          *PLAINTIFF'S CERTIFICATE OF SERVICE*
Hanson v. Rite Aid Corp. – Case No. C07-0515 PJH