```
1  PAUL B. MEADOWBROOK, Oregon SBN # 79322
   913 First Ave. E.
2  Albany, OR
   Tel: (541) 791-4544
3  Fax: (541) 791-4710
   Admitted Pro Hac Vice
4
   E. CRAIG MOODY, California SBN # 048358
5  MOODY AND HILL
   214 Grant Avenue, Suite 301
6  San Francisco, CA 94108
   Tel: (415) 398-2797
7  Fax: (415) 391-1285

8  Attorneys for Plaintiff
   Kathleen M. Hanson
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN M. HANSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>RITE AID CORPORATION, a Delaware corporation,<br><br>            Defendant. | CASE NO.: C-07-00515 PJH<br><br>STIPULATION AND ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

It is hereby stipulated by and between the parties hereto through their respective counsel of record that the Case Management Conference, now set for July 12, 2007, at 2:30 p.m. in courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Ave., San Francisco, CA, be continued to a date after the month of July, 2007.

//

Stipulation and Order Re: Continuance of CMC      - 1 -

This stipulation is based on the fact that counsel for plaintiff herein will undergo serious surgery on July 12, 2007, and has been advised by his surgeon that the anticipated recuperation period will be approximately three weeks.

Dated: May 30, 2007               MOODY AND HILL

                                  By: E. Craig Moody
                                  Attorneys for Plaintiff Kathleen Hanson

Dated: May 30, 2007               KELLY, HERLIHY AND KLEIN

                                  By: Thomas Hockel
                                  Attorneys for Defendant Rite Aid Corp.

It is ordered that the case management conference, now set for July 12, 2007, in this matter will be held on August _9_, 2007 at _2:30_ p.m.

Dated:  6/18/2007          for   Jeffrey S White
                                 Phyllis J. Hamilton
                                 United States District Judge

Stipulation and Order Re: Continuance of CMC    - 2 -

## PROOF OF SERVICE

I, Karen Douglas, am a resident of the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 214 Grant Avenue, 3rd Floor, San Francisco, California 94108.

On the date listed below, I served a copy of the following document in the case of
<u>Hanson v. Rite Aid</u>

**Stipulation and Order Re: Continuance of Case Management Conference**

To the following parties:

| | |
|---|---|
| Thomas Hockel<br>KELLY HERLIHY & KLEIN<br>44 Montgomery St., Suite 2500<br>San Francisco, CA 94104 | Paul Meadowbrook<br>913 First Ave. E.<br>Albany, OR 97321<br>Admitted *Pro Hac Vice* |
| Attorneys for Defendant Rite Aid, Corp. | Attorney for Plaintiff Hanson |

_X_  **BY MAIL:** I deposited each document into envelope(s) with postage thereon fully prepaid to be placed in the United States mail in San Francisco, California.

___  **BY FEDERAL EXPRESS:** I deposited each document, into envelope(s), with postage thereon fully prepaid, and placed in a Federal Express mail box to be delivered to the offices of the addressee(s).

___  **BY PERSONAL SERVICE:** I served each envelope(s) by hand to the offices of the addressee(s).

___  **BY FACSIMILE:** I transmitted each document by facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 4, 2007 in San Francisco, California.

Karen Douglas