1  Jonathan Allan Klein (SBN 162071)
   Thomas K. Hockel (SBN 172367)
2  KELLY HERLIHY & KLEIN, LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
   jaklein@kelher.com
5  thockel@kelher.com

6  Attorneys for Defendant Rite Aid Corporation

7  Paul B. Meadowbrook, P.C.
   Attorney at Law
8  Oregon Bar No. 79322
9  913 First Ave E.
   Albany, OR 97321
10 Tel.: (541) 791-4544
11 Fax: (541) 791-4710
   pbmlaw@pacifier.com
12 *Admitted Pro Hac Vice*

13 E. Craig Moody (SBN 48358)
14 Moody & Hill
   214 Grant Ave., 3rd Floor
15 San Francisco, CA 94108
   Tel.: (415)398-2797
16 Fax: (415)398-1285
17 Ecmlaw@aol.com

18 Attorneys for Plaintiff, KATHLEEN M. HANSON

19
20                     UNITED STATES DISTRICT COURT
21                    NORTHERN DISTRICT OF CALIFORNIA
                           SAN FRANCISCO DIVISION
22

23 | KATHLEEN M. HANSON,              | Case No.: C 07-00515 PJH
24 |         Plaintiff,                | ~~STIPULATION AND REQUEST FOR ORDER MODIFYING PRETRIAL DEADLINES;~~ ORDER
25 |     vs.                           | DENYING REQUEST TO MODIFY PRETRIAL DEADLINES
26 | RITE AID CORPORATION,
27 | a Delaware corporation,
28 |         Defendant.

Plaintiff Kathleen M. Hanson ("Plaintiff") and defendant Rite Aid Corporation ("Defendant"), by and through their respective counsel, submit the following stipulation and request for order modifying the pretrial deadlines in this case.

### RECITALS AND STIPULATION

1. The parties completed written discovery (including requests for admissions, interrogatories, and requests for documents) and scheduled a joint trip to Redding, California on February 25 and 26, 2008, for depositions. Plaintiff's deposition was scheduled for February 25, 2008, and the depositions of two of Rite Aid's employees were to be taken on February 26, after the completion of plaintiff's deposition.

2. Plaintiff's deposition proceeded on February 25 as planned. Approximately an hour into the deposition, plaintiff's counsel and plaintiff took a break. When they returned from the break, plaintiff's counsel reported that plaintiff was on medication and suggested that the medication might be affecting her ability to remember things. Defense counsel questioned her in that regard, and she testified that she felt her medication was impairing her ability to remember details.

3. Defense counsel noted on the record that plaintiff's testimony that she could not recall things due to her medication posed a problem in terms of completing the deposition. Plaintiff's counsel agreed. Plaintiff's counsel suggested that plaintiff needed to be evaluated by a clinician to determine what, if any, problem her medication presented. Counsel agreed the deposition should be suspended subject to that evaluation.

4. Plaintiff's counsel has represented that plaintiff has been evaluated by her psychologist, Marie Witt, Ph.D., and that Dr. Witt has indicated that plaintiff should have recovered sufficiently by April 14, 2008, to enable her to give an accurate deposition.

5. The parties are attempting to reschedule the depositions for the first available dates in May.

6. The parties have lost more than two months in terms of their ability to complete the crucial depositions in this case due to the foregoing.

7. WHEREFORE, in order to compensate for this lost time, the parties hereby stipulate to and request a modification of the scheduling order, as follows:

|  | Current Date: | Proposed Modified Date: |
|---|---|---|
| Non-expert discovery cut-off: | May 23, 2008 | July 23, 2008 |
| Disclosure of Experts: | June 23, 2008 | August 23, 2008 |
| Dispositive Motions: | July 23, 2008 | September 23, 2008 |
| Expert discovery cutoff: | July 23, 2008 | September 23, 2008 |

8. This is the parties' first request for a schedule modification. The requested modification will not affect the current pretrial conference or trial dates.

**IT IS SO STIPULATED.**

Dated: April 21, 2008                KELLY, HERLIHY & KLEIN LLP


By   /Thomas K. Hockel/
     Thomas K. Hockel
     Attorneys for Defendant
     RITE AID CORPORATION


Dated: April 21, 2008                PAUL B. MEADOWBROOK, P.C.


By   /Paul B. Meadowbrook/
     Paul B. Meadowbrook
     Attorneys for Plaintiff Kathleen
     M. Hanson

-2-

STIPULATION AND REQUEST FOR ORDER MODIFYING PRETRIAL DEADLINES; ORDER

C 07-00515 PJH

## ORDER

Having considered the parties' stipulation, and good cause appearing, the Court modifies its scheduling order, as follows:

|  | Current Date: | New Date: |
|---|---|---|
| Non-expert discovery cut-off: | May 23, 2008 | July 23, 2008 |
| Disclosure of Experts: | June 23, 2008 | 2008 |
| Dispositive Motions: | July 23, 2008 | 2008 |
| Expert discovery cutoff: | July 23, 2008 | 2008 |

**IT IS SO ORDERED.**

Dated: _____   _____
UNITED STATES DISTRICT JUDGE

[DENIED stamp — signed Judge Phyllis J. Hamilton]