1  Jonathan Allan Klein (SBN 162071)
   Thomas K. Hockel (SBN 172367)
2  KELLY HOCKEL & KLEIN, P.C.
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
   jaklein@kelher.com
5  thockel@kelher.com

6  Attorneys for Defendant Rite Aid Corporation

7  Paul B. Meadowbrook, P.C.
   Attorney at Law
8  Oregon Bar No. 79322
9  913 First Ave E.
   Albany, OR  97321
10 Tel.: (541) 791-4544
   Fax: (541) 791-4710
11 pbmlaw@pacifier.com
12 *Admitted Pro Hac Vice*

13 E. Craig Moody (SBN 48358)
   Moody & Hill
14 214 Grant Ave., 3rd Floor
15 San Francisco, CA  94108
   Tel.: (415)398-2797
16 Fax: (415)398-1285
17 Ecmlaw@aol.com

18 Attorneys for Plaintiff, KATHLEEN M. HANSON

19
                UNITED STATES DISTRICT COURT
20
                NORTHERN DISTRICT OF CALIFORNIA
21
                    SAN FRANCISCO DIVISION
22

| | |
|---|---|
| KATHLEEN M. HANSON, | Case No.: C 07-00515 PJH |
| Plaintiff, | **REVISED STIPULATION AND REQUEST FOR ORDER MODIFYING PRETRIAL DEADLINES; ORDER** |
| vs. | |
| RITE AID CORPORATION, a Delaware corporation, | |
| Defendant. | |

REVISED STIPULATION AND REQUEST FOR ORDER MODIFYING PRETRIAL DEADLINES;
                                ORDER

                                                              C 07-00515 PJH

Plaintiff Kathleen M. Hanson ("Plaintiff") and defendant Rite Aid Corporation ("Defendant"), by and through their respective counsel, submit the following stipulation and request for order modifying the pretrial deadlines in this case.

**RECITALS AND STIPULATION**

1. The parties completed written discovery (including requests for admissions, interrogatories, and requests for documents) and scheduled a joint trip to Redding, California on February 25 and 26, 2008, for depositions. Plaintiff's deposition was scheduled for February 25, 2008, and the depositions of two of Rite Aid's employees were to be taken on February 26, after the completion of plaintiff's deposition.

2. Plaintiff's deposition proceeded on February 25 as planned. Approximately an hour into the deposition, plaintiff's counsel and plaintiff took a break. When they returned from the break, plaintiff's counsel reported that plaintiff was on medication and suggested that the medication might be affecting her ability to remember things. Defense counsel questioned her in that regard, and she testified that she felt her medication was impairing her ability to remember details.

3. Defense counsel noted on the record that plaintiff's testimony that she could not recall things due to her medication posed a problem in terms of completing the deposition. Plaintiff's counsel agreed. Plaintiff's counsel suggested that plaintiff needed to be evaluated by a clinician to determine what, if any, problem her medication presented. Counsel agreed the deposition should be suspended subject to that evaluation.

4. Plaintiff's counsel has represented that plaintiff has been evaluated by her psychologist, Marie Witt, Ph.D., and that Dr. Witt has indicated that plaintiff should have recovered sufficiently by April 14, 2008, to enable her to give an accurate deposition.

-2-

1     5.    The parties are attempting to reschedule the depositions for the first available dates.

3     6.    The parties have lost more than two months in terms of their ability to complete the crucial depositions in this case due to the foregoing.

5     7.    On April 21, 2008, the parties submitted a stipulation requesting a modification of the scheduling order. The stipulation was denied on April 22, 2008, because the dates proposed by the parties would have required a hearing on dispositive motions fewer than 120 days before trial, contrary to the Court's practice and standing order.

10     8.    WHEREFORE, in an effort to partially compensate for the time lost due to plaintiff's inability to complete her deposition and remain on the current dispositive motion schedule, the parties hereby stipulate to and request a slight modification of the scheduling order, as follows:

|  | Current Date: | Proposed Modified Date: |
|---|---|---|
| Non-expert discovery cut-off: | May 23, 2008 | June 23, 2008 |

All other dates to remain the same.

17     8.    The requested modification will not affect the current pretrial conference or trial dates.

**IT IS SO STIPULATED.**

Dated: May 12, 2008        KELLY, HERLIHY & KLEIN LLP


By  /Thomas K. Hockel/
     Thomas K. Hockel
     Attorneys for Defendant
     RITE AID CORPORATION


Dated: May 12, 2008        PAUL B. MEADOWBROOK, P.C.

-3-

REVISED STIPULATION AND REQUEST FOR ORDER MODIFYING PRETRIAL DEADLINES; ORDER

C 07-00515 PJH

By  /Paul B. Meadowbrook/
Paul B. Meadowbrook
Attorneys for Plaintiff Kathleen
M. Hanson

## ORDER

Having considered the parties' stipulation, and good cause appearing, the Court modifies its scheduling order, as follows:

|  | Current Date: | New Date: |
|---|---|---|
| Non-expert discovery cut-off: | May 23, 2008 | June 23, 2008 |

All other scheduling deadlines remain the same.

**IT IS SO ORDERED.**

Dated:  5/13/08

*[Signature stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*