JONATHAN ALLAN KLEIN (SBN 162071)
THOMAS K. HOCKEL (SBN 172367)
KELLY HOCKEL & KLEIN, LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
jaklein@khklaw.com
thockel@khklaw.com

Attorneys for Defendant Rite Aid Corporation


PAUL B. MEADOWBROOK, P.C.
ATTORNEY AT LAW
Oregon Bar No. 79322
913 First Ave E.
Albany, OR 97321
Tel.: (541) 791-4544
Fax: (541) 791-4710
pbmlaw@pacifier.com
*Admitted Pro Hac Vice*

Attorneys for Plaintiff, KATHLEEN M. HANSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN M. HANSON,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION,<br>a Delaware corporation,<br><br>Defendant. | Case No.: C 07-00515 PJH<br><br>**STIPULATION AND REQUEST FOR DISMISSAL OF ACTION**<br>AND ORDER |

Plaintiff Kathleen M. Hanson ("Plaintiff") and defendant Rite Aid Corporation ("Defendant"), by and through their respective counsel, hereby submit to a dismissal of this action in its entirety with prejudice, as to all parties and claims, each side to bear its own attorneys fees and costs.

**IT IS SO STIPULATED.**

Dated: October 30, 2008        KELLY, HOCKEL & KLEIN P.C.


By   /Thomas K. Hockel/
     Thomas K. Hockel
     Attorneys for Defendant
     RITE AID CORPORATION


Dated: October 30, 2008        PAUL B. MEADOWBROOK, P.C.


By   /Paul B. Meadowbrook/
     Paul B. Meadowbrook
     Attorneys for Plaintiff Kathleen
     M. Hanson

**ORDER**

Having considered the parties' stipulation, and good cause appearing, the Court hereby dismisses this action in its entirety with prejudice, as to all parties and claims, each side to bear its own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated:  10/30/08

*IT IS SO ORDERED*
/s/ Phyllis J. Hamilton
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-
STIPULATION AND REQUEST FOR DISMISSAL OF ACTION
C 07-00515 PJH